# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

## MEMORANDUM ENDORSED

July 1, 2021

<u>VIA CM/ECF</u>
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

          Re:    Girotto v. Sisley Cosmetics USA Inc., d/b/a Sisley Paris, et al.
                Case 1:21-cv-02219-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for July 7, 2021, at 4:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                    Sincerely,

                                    By: /S/   B. Bradley Weitz
                                        B. Bradley Weitz, Esq. (BW9365)
                                        THE WEITZ LAW FIRM, P.A.
                                        Attorney for Plaintiff
                                        Bank of America Building
                                        18305 Biscayne Blvd., Suite 214
                                        Aventura, Florida 33160
                                        Telephone: (305) 949-7777
                                        Facsimile:  (305) 704-3877
                                        Email: bbw@weitzfirm.com

---

Application granted. Plaintiff's July 1, 2021 request to adjourn the initial pretrial conference, Dkt. No. 12, is granted. The initial pretrial conference scheduled for July 7, 2021 is adjourned to August 11, 2021 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's March 16, 2021 order are due no later than August 4, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: July 1, 2021
New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge